**Opinion filed November 4, 2010**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00283-CR

_____

## ANTHONY PAUL DELACRUZ, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 32nd District Court**

**Fisher County, Texas**

**Trial Court Cause No. 3383**

## M E M O R A N D U M   O P I N I O N

Anthony Paul DelaCruz[1] was convicted of the offense of aggravated sexual assault of an elderly person. On August 4, 2010, the trial court sentenced him in open court to confinement for fifty years pursuant to a plea bargain agreement. We dismiss the appeal.

A motion for new trial was not filed. Therefore, the notice of appeal was due to be filed within thirty days of the date the sentence was imposed in open court in order to timely perfect an appeal. TEX. R. APP. P. 26.2. Appellant filed his pro se notice of appeal on September 16,

---

[1]The spelling of appellant's name is taken from signature on notice of appeal and right of appeal.

2010, forty-three days after the date the sentence was imposed in open court. A motion to extend time was not filed pursuant to TEX. R. APP. P. 26.3. Absent a timely notice of appeal or the granting of a timely motion for extension of time, this court does not have jurisdiction to entertain an appeal. *Slaton v. State*, 981 S.W.2d 208, 209-10 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-24 (Tex. Crim. App. 1996); *Rodarte v. State*, 860 S.W.2d 108, 109-10 (Tex. Crim. App. 1993); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988).

Moreover, we note that the trial court stated in its certification of defendant's right to appeal that this was a plea bargain agreement case and appellant had no right to appeal and that appellant had waived his right to appeal.

The appeal is dismissed.

PER CURIAM

November 4, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.